**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSANNE L. RUST
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

AUG 27 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0181 KJM  |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| ANDREW PINZON, aka "Buddha," | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Rosanne L. Rust to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 8/27/2015

_____
CAROLYN K. DELANEY
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3