

1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:15-CR-00832-KJM  [181]

12              Plaintiff,

13        v.                            STIPULATION AND [PROPOSED] PROTECTIVE
                                        ORDER RE: DISSEMINATION OF DISCOVERY
14 ANDREW PINZON,                       DOCUMENT AND/OR INFORMATION SUBJECT
                                        TO A PROTECTIVE ORDER
15              Defendant.

16

17
                            **STIPULATION**
18
        IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel,
19
   Rosanne L. Rust, representing plaintiff United States of America, and Douglas Beavers, attorney for
20
   defendant ANDREW PINZON, as follows:
21
        1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of
22
             Criminal Procedure, and its general supervisory authority;
23
        2.   This Order pertains to all discovery provided to and/or made available to defense counsel
24
             as part of discovery in this case (hereafter, collectively known as "the discovery");
25
        3.   The discovery in this matter contains information concerning a confidential human source
26
             ("CHS");
27
        4.   The discovery in this matter also contains personal identifying information (e.g., social
28

1 | security numbers, home addresses, financial information);

2 | 5. The parties request a protective order with regard to the discovery because disclosure of information regarding the CHS could result in potential harm to the CHS;

3 | 6. The parties also request a protective order with regard to the discovery because disclosure of information regarding the personal identifying information could result in identity theft, invasion of privacy and resulting financial loss;

4 | 7. Additionally, the parties request the Court's order in this matter because the sensitivity of the third-parties' personal identifying information requires special protection;

5 | 8. Defense counsel shall not disclose any of the discovery and/or information to any person and/or entity other than their respective defendant/client, and/or witnesses that they may be interviewing and/or preparing for trial and/or attorneys, law clerks, paralegals, secretaries, experts, consultants and/or investigators involved in the representation of defense counsel's defendant/client in this case;

6 | 9. The discovery and/or information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case;

7 | 10. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

8 | 11. If defense counsel make, or cause to be made, any further copies of any of the discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not be Used Without U.S. Government Permission";

9 | 12. If defense counsel releases custody of any of the discovery and/or information, and/or authorized copies thereof, to any person and/or entity described in paragraph (2), defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for

STIPULATION AND [PROPOSED] PROTECTIVE ORDER        2

security numbers, home addresses, financial information);

5. The parties request a protective order with regard to the discovery because disclosure of information regarding the CHS could result in potential harm to the CHS;

6. The parties also request a protective order with regard to the discovery because disclosure of information regarding the personal identifying information could result in identity theft, invasion of privacy and resulting financial loss;

7. Additionally, the parties request the Court's order in this matter because the sensitivity of the third-parties' personal identifying information requires special protection;

8. Defense counsel shall not disclose any of the discovery and/or information to any person and/or entity other than their respective defendant/client, and/or witnesses that they may be interviewing and/or preparing for trial and/or attorneys, law clerks, paralegals, secretaries, experts, consultants and/or investigators involved in the representation of defense counsel's defendant/client in this case;

9. The discovery and/or information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case;

10. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

11. If defense counsel make, or cause to be made, any further copies of any of the discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not be Used Without U.S. Government Permission";

12. If defense counsel releases custody of any of the discovery and/or information, and/or authorized copies thereof, to any person and/or entity described in paragraph (2), defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for

no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court;

13. Defense counsel shall be responsible for advising his defendant/client, employees and other members of the defense team and defense witnesses of the contents of this Stipulation and Order.

IT IS SO STIPULATED.

Dated: September 3, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Rosanne Rust*

ROSANNE L. RUST
Assistant United States Attorney

Dated: September 3, 2015

*/s/ Douglas Beavers*

DOUGLAS BEAVERS
Counsel for Defendant

## [PROPOSED] ORDER

For good cause shown, the stipulation of counsel in criminal case number 2:15-cr-00832-KJM, is approved and

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: Sept 3, 2015

*/s/ Kendall J. Newman*

THE HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER     3