1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   NOA E. OREN, #297100
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    ANDREW PINZON

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              )  Case No. 2:15-cr-181 GEB
                                           )
11                        Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                           )  TO CONTINUE STATUS CONFERENCE
12            v.                           )  AND EXCLUDE TIME
                                           )
13  ANDREW PINZON,                         )  Date:  February 5, 2016
                                           )  Time: 9:00 a.m.
14                        Defendant.       )  Judge: Garland E. Burrell
                                           )
15  _____

16       IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

17  through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather

18  Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for

19  Andrew Pinzon, that the status conference scheduled for  February 5, 2016 be vacated and

20  continued to March 4, 2016 at 9:00 a.m.

21       The reason for the continuance is for defense preparation. Counsel for defendant desires

22  additional time to consult with her client and to research issues related to the charges.

23       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24  excluded of this order's date through and including March 4, 2016;  pursuant to 18 U.S.C. §3161

25  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

26  upon continuity of counsel and defense preparation.

27  / / /

28  / / /

Stipulation and [Proposed] Order            -1-            *US v. Pinzon*, 15-cr-181 GEB

1        Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED:  February 2, 2016          Respectfully submitted,

4                                          HEATHER E. WILLIAMS
               Federal Defender
5

6              /s/ Noa E. Oren
               NOA E. OREN
7              Assistant Federal Defender
               Attorney for ANDREW PINZON
8

9    DATED:  February 2, 2016          BENJAMIN WAGNER
               United States Attorney
10

11             /s/ Rosanne Rust
               ROSANNE RUST
12             Assistant U.S. Attorney
               Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8  The Court orders the time from the date the parties stipulated, up to and including March 4,

9  2016, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further

12  ordered the February 5, 2016 status conference shall be continued until March 4, 2016, at 9:00

13  a.m.

14  Dated:  February 3, 2016

15

16

17  _____

18  GARLAND E. BURRELL, JR.
    Senior United States District Judge

19

20

21

22

23

24

25

26

27

28