HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDREW PINZON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW PINZON, <br><br> Defendant. | Case No. 2:15-cr-181-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND BRIEFING SCHEDULE** <br><br> Date: June 3, 2016 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Andrew Pinzon, that the judgement and sentencing hearing scheduled for June 3, 2016 **be continued to June 24, 2016 at 9:00 a.m**. The parties further stipulate that the briefing schedule be modified as follows:

    Reply, or Statement of Non-Opposition:           6/17/16

    Judgment and Sentencing Date:                        6/24/16

This continuance is necessary to accomplish defense counsel's need to obtain additional mitigation evidence in preparation for the sentencing hearing. Probation Officer, Becky Fidelman, is aware of this stipulation and has no objection.

///

///

| | | |
|---|---|---|
| 1 | DATED: May 24, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Noa E. Oren* |
| | | NOA E. OREN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for ANDREW PINZON |
| 7 | DATED: May 24, 2016 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 8 | | |
| 9 | | */s/ Rosanne Rust* |
| | | ROSANNE RUST |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

Lines 11–28 blank.

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the June 3, 2016 judgement and sentencing be continued to June 24, 2016, at 9:00 a.m. It is further ordered that any replies or statements of Non-Opposition are due on June 17, 2016.

Dated: May 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge