UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 1, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW PINZON,<br><br>　　　　　　Defendant. | Case No.  2:15-cr-00181-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREW PINZON ,
Case No.  2:15-cr-00181-KJM  Charge 18 U.S.C. § 3606, from custody for the following reasons:

　　　　　X　　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　_____　Appearance Bond with Surety

　　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　_____　(Other):

Issued at Sacramento, California, at　　3:00　　PM

Dated:  July 1, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE