HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANDREW PINZON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW PINZON,<br><br>Defendant. | Case No. 2:15-cr-00181-KJM<br><br>**STIPULATION AND ORDER TO MODIFY SUPERVISED RELEASE CONDITIONS**<br><br>JUDGE: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant ANDREW PINZON, through their respective attorneys that the supervised release conditions imposed on Mr. Pinzon on June 24, 2016 (Doc. 38) be modified to include the following as Special Condition #9:

9. You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. Such programs may include group sessions led by a counselor or participation in a program administered by the probation officer.

The government also moves to dismiss the petition filed against Mr. Pinzon at Doc. 40, and the parties respectfully request that the Court vacate Mr. Pinzon's admit/deny hearing from the Court's calendar on April 17, 2023.

//

| | | |
|---|---|---|
| 1 | DATED: April 10, 2023 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | */s/ Noa E. Oren*<br>NOA E. OREN |
| 4 | | Assistant Federal Defender<br>Attorney for ANDREW PINZON |
| 5 | | |
| 6 | DATED: April 10, 2023 | PHILLIP TALBERT<br>United States Attorney |
| 7 | | |
| 8 | | */s Rosanne Rust*<br>ROSANNE RUST<br>Assistant United States Attorney |

## ORDER

The Court grants the dismissal of probation's petition against Mr. Pinzon (at Doc. 40). The Court imposes the following condition on Mr. Pinzon as Special Condition #9:

9. You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. Such programs may include group sessions led by a counselor or participation in a program administered by the probation officer.

The Court further vacates Mr. Pinzon's admit/deny hearing, set for April 17, 2023, from its calendar.

Dated: April 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE