HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
ANDREW PINZON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00181-KJM |
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ANDREW PINZON, | Judge: Hon. KIMBERLY J. MUELLER |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Pinzon for the reasons set forth in his Motion.

DATED: July 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE